FILED
10/24/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-22300-TPA |
| Gail E. Gable | : | Chapter: 13 |
| *Debtor(s).* | : | |
| | : | Date: 10/23/2019 |
| | : | Time: 11:30 |

## PROCEEDING MEMO

**MATTER:**   #15 Contested Plan Dated July 1, 2019

**APPEARANCES:**
Debtor:   Julie Steidl
Trustee:   Jana Pail
Wells Fargo:   Thomas Song

**NOTES:**

Stiedl:   Counting on sale of home. No payments have been made

**OUTCOME:**   Trustee's Oral Motion for dismissal is GRANTED

*[signature]*

ljm