FILED
10/24/19 1:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 19-22300-TPA |
| Gail E. Gable | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 10/23/2019 |
| | : | Time: 11:30 |

### PROCEEDING MEMO

**MATTER:**   #27 Sale
(Sale posted on EASI on 9/26/19)

**APPEARANCES:**
Debtor:    Julie Steidl
Trustee:   Kate Di Simone

**NOTES:**

Steidl: Sadly the sale fell through. There is an easement that is used by others as a sewage line. This is something she is going to have to correct.

**OUTCOME:** Oral Motion to withdraw is GRANTED.

*[signature]*
ljm