FILED
10/22/19 3:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| GAIL E. GABLE | : | Case No. 19-22300-TPA |
| | : | |
| *Debtor(s)* | : | Chapter 13 |
| | : | |
| GAIL E. GABLE | : | |
| | : | |
| *Movant,* | : | |
| | : | |
| v. | : | Related to Document No. 23 |
| | : | |
| NO RESPONDENT | : | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

*AND NOW*, this **22nd** day of *October, 2019*, upon consideration of the *Motion to Employ Broker*, it is **ORDERED, ADJUDGED and DECREED** as follows:

(1)    ***Connie Finnegan and Coldwell Banker Real Estate Services, 9600 Perry Highway, Suite 100, Pittsburgh, PA 15237*** realtor/broker is hereby appointed, as of the date of filing the *Motion*, as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the *Motion* for the purpose of acting as the Movant's agent in connection with the sale of real estate located at ***4125 Lee Manor Drive, Allison Park, PA 15101***. A realtor commission in the amount of ***6% plus $595.00*** on the sale price is tentatively approved, subject to final Court order. ***Movant shall serve the within Order on all interested parties and file a certificate of service.***

(2)    Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the professional to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases. Tentative approval of the commission set forth above is premised on the understanding that the property will be sold at or near the list price as set forth in the *Motion*. Any deviation from the list price will be considered as a factor by the Court in setting final compensation in this matter.

(3)    Approval of any motion for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates, and is not a preapproval of compensation pursuant to *11 U.S.C. §328(a)*. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

(4)    Notwithstanding anything to the contrary in the letter of engagement or agreement between Movant and the Realtor, this *Order* does not authorize the Realtor to retain or pay any outside counsel or other professional to assist the Realtor in this matter unless such is done at no expense to Movant, directly or indirectly. Any other retention of, and payment to, an outside counsel or other professional is subject to prior approval of the Court.

Thomas P. Agresti, Judge    ljm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22300-TPA
Gail E. Gable                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro               Page 1 of 1              Date Rcvd: Oct 22, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db              +Gail E. Gable,    4125 Lee Manor Drive,    Allison Park, PA 15101-3128
r               +Connie Finnegan,    9600 Perry Highway,    Suite 100,    Pittsburgh, PA 15237-5552

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              James Warmbrodt     on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com
              Jerome B. Blank     on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
              Kenneth Steidl     on behalf of Debtor Gail E. Gable julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas Song     on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
                                                                                              TOTAL: 8