Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gail E. Gable** | : | Case No. 19–22300–TPA |
| **aka Gail E. Rosenthal** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per 10/23/19 hearing |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 24th of October, 2019,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22300-TPA
Gail E. Gable                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lmar              Page 1 of 2           Date Rcvd: Oct 24, 2019
                              Form ID: 309            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Gail E. Gable,    4125 Lee Manor Drive,    Allison Park, PA 15101-3128
r              +Connie Finnegan,    9600 Perry Highway,    Suite 100,    Pittsburgh, PA 15237-5552
15065903        Great Lakes Collection Agency,    2401 International Lane,    Madison, WI 53704-3192
15097157       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15065905       +Peter Wapner, Esq.,    Phelan, Hallinan, Diamond & Jones,    One Penn Center at Suburban Station,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
15065907        U.S. Department of Education,    Po Box 790321,    Saint Louis, MO 63179-0321
15074245        UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Oct 25 2019 03:09:06     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Oct 25 2019 06:48:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15065902       +EDI: WFNNB.COM Oct 25 2019 06:48:00     Catherine's/Comenity Bank,    PO Box 659728,
                 San Antonio, TX 78265-9728
15065904        EDI: WFNNB.COM Oct 25 2019 06:48:00     Lane Bryant/Comenity Bank,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
15105378        EDI: PRA.COM Oct 25 2019 06:48:00     Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
15101497        EDI: Q3G.COM Oct 25 2019 06:48:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
15065906       +E-mail/Text: philadelphia.bnc@ssa.gov Oct 25 2019 03:08:50     Social Security Administration,
                 PO Box 3430,    Philadelphia, PA 19122-0430
15080772       +E-mail/Text: philadelphia.bnc@ssa.gov Oct 25 2019 03:08:50     Social Security Administration,
                 Office of the General Counsel, Region II,    300 Spring Garden Street,
                 Philadelphia, PA 19123-2924
15066648       +EDI: RMSC.COM Oct 25 2019 06:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15099037        EDI: AIS.COM Oct 25 2019 06:48:00     Verizon,    by American InfoSource as agent,    PO Box 4457,
                 Houston, TX  77210-4457
15065908        EDI: RMSC.COM Oct 25 2019 06:48:00     Walmart,    c/o Synchrony Bank,    Po Box 965023,
                 Orlando, FL 32896-5023
15079684        EDI: WFFC.COM Oct 25 2019 06:48:00     Wells Fargo Bank, N.A.,    Default Document Processing,
                 MAC# N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
15065909       +EDI: WFFC.COM Oct 25 2019 06:48:00     Wells Fargo Home Mortgage Corp.,    Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association, not in its i
cr              WELLS FARGO BANK, N.A.
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15080773       ##+Xchange Leasing, LLC,    795 Folsom Street,    Suite 1114,    San Francisco, CA 94107-4226
                                                                                               TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                           Signature:  /s/Joseph Speetjens

```
District/off: 0315-2            User: lmar                  Page 2 of 2                   Date Rcvd: Oct 24, 2019
                                Form ID: 309                Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    U.S. Bank Trust National Association, not in its
           individual capacity but solely as Owner Trustee for VRMTG Asset Trust bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
          Kenneth  Steidl    on behalf of Debtor Gail E. Gable julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
                                                                                             TOTAL: 8
```